FILE COPY

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MARA E. TRAGER (MT-4598)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2799
Fax No.: (212) 637-2702
mara.trager@usdoj.gov

08 CV 02484

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRENE VALENTIN, as Mother and          :
Natural Guardian, of AUTUMN VALENTIN and   :
IRENE VALENTIN, Individually,          :
                                       :
                    Plaintiffs,        :      NOTICE OF REMOVAL
        -against-                      :      08 Civ. _____
                                       :
                                       :
MORRIS HEIGHTS HEALTH CENTER and       :      Index No. 350541/07
BRONX LEBANON HOSPITAL CENTER,         :
                                       :
                    Defendants.        :
                                       :
------------------------------------------------------------X

RECEIVED
MAR 11 2008
U.S.D.C. S.D. N.Y.
CASHIERS

        PLEASE TAKE NOTICE that defendant Morris Heights Health Center (the

"Morris Heights" or the"federal defendant") by its attorney, MICHAEL J. GARCIA, United

States Attorney for the Southern District of New York, hereby removes the above-captioned

action to the United States District Court for the Southern District of New York.  The grounds for

removal are as follows:

        1.      In or about October 15, 2007 plaintiffs commenced an action in the

Supreme Court of the State of New York, County of Bronx, by filing a Summons and Verified

Complaint under index number 350541-2007.  A true and correct copy of the Summons and

Verified Complaint is attached hereto as Exhibit A.

2.     Pursuant to the Public Health Service Act, as amended by the Federally Supported Health Centers Assistance Act of 1995, 42 U.S.C. § 201 et seq., Morris Heights was deemed as of June 23, 1996 to be an employee of the United States Government.  See 42 U.S.C. § 233(a), (g)-(n).

3.     The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 1402(b), 2401 (b) and 2671-2680, provides the exclusive remedy with respect to plaintiffs' claims against the federal defendant.  See 42 U.S.C. § 233(a).

4.     This action may be removed to this Court pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(2) because: (i) trial has not yet been had of this action; and (ii) this is a civil action brought against, inter alia, a party deemed to be an employee of the United States Government for purposes of the FTCA.  A copy of the Certification of Michael J. Garcia, United States Attorney for the Southern District of New York, dated February 29, 2008, certifying that Morris Heights is an employee of the United States for purpose of plaintiffs' claims against it, is attached hereto as Exhibit B.

Dated: New York, New York
       March 11, 2008

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York


By:                      MARA E. TRAGER (MT 4598)
                         Assistant United States Attorney
                         86 Chambers Street
                         New York, New York 10007
                         Tel.: (212) 637-2799
                         Fax:  (212) 637-2702
                         mara.trager@usdoj.gov

TO:      William P. Weininger
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
Attorney for Plaintiffs

Bronx Lebanon Hospital Center
1770 Grand Concourse
Bronx, New York 10457
Attn: Legal Department

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Index # 350541/07
Date Filed: 10/15/07

-----------------------------------------------------------------X

IRENE VALENTIN as Mother and
Natural Guardian of AUTUMN VALENTIN
and IRENE VALENTIN, Individually,

Plaintiff,

- against -

MORRIS HEIGHTS HEALTH CENTER and
BRONX LEBANON HOSPITAL CENTER,

Defendants.

-----------------------------------------------------------------X

Plaintiff designates
Bronx County as the
Place of Trial

The basis of the venue
is Plaintiff's Residence

**SUMMONS**

Plaintiff resides at:
490 Southern Blvd., Apt
2D
Bronx, New York 10455

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this
action and to serve a copy of your answer, or, if the complaint is not served with this
summons, to serve a notice of appearance, on the Plaintiff's Attorneys within **20** days
after the service of this summons, exclusive of the day of service (or within 30 days
after the service is complete if this summons is not personally delivered to you within
the State of New York); and in case of your failure to appear or answer, judgment will
be taken against you by default for the relief demanded in the complaint.

Dated: October 9, 2007

WILLIAM P. WEININGER
Attorney for Plaintiff
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
(914) 328-5900

Defendants' Address:
Morris Heights Health Center
70 West Burnside Avenue
Bronx, New York 10453

Bronx Lebanon Hospital
1770 Grand Concourse
Bronx, New York 10457

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------x  Index No. 350541/07
IRENE VALENTIN as Mother and
Natural Guardian of AUTUMN VALENTIN
and IRENE VALENTIN, Individually,

                         Plaintiff,                   Verified Complaint

- against -

MORRIS HEIGHTS HEALTH CENTER and
BRONX LEBANON HOSPITAL CENTER,

                        Defendants.
------------------------------------------------------------x

      Plaintiff, by their attorney, WILLIAM P. WEININGER, complaining of the

defendants herein, allege upon information and belief as follows:


                    <u>AS AND FOR A CAUSE OF ACTION</u>

      FIRST:    At all times herein mentioned, plaintiff IRENE VALENTIN was and

is the mother and natural guardian of plaintiff AUTUMN VALENTIN, an infant under

the age of fourteen.

      SECOND:  That at all times herein mentioned, Plaintiffs were and are residents

of the County of Bronx and State of New York.

      THIRD:  That at all times hereinafter mentioned, defendant MARCIA JONES,

(hereinafter "Jones") was and is a nurse midwife duly licensed to practice in the State

of New York.

FOURTH: That at all times hereinafter mentioned, defendant MORRIS HEIGHTS HEALTH CENTER ( hereinafter "Morris Heights") was and is a health care facility located in the County of Bronx , State of New York.

FIFTH: That at all times herein mentioned defendant Jones was and is an agent servant and employee of defendant Morris Heights.

SIXTH: That at all times hereinafter mentioned, defendant BRONX LEBANON HOSPITAL CENTER   was and is a hospital and health care facility located in the County of Bronx, State of New York.

SEVENTH:  That from on or about and between July 24, 2006 and December 23, 2006 the defendants, their agents, servants. and/or employees, were responsible to render, certain obstetrical, medical, nursing, technical, pediatric and other health care to plaintiffs Irene Valentin and Autumn Valentin.

EIGHTH:  That at all times herein mentioned the obstetrical, medical, radiological, nursing, technical, pediatric and other health care rendered by the defendants was done so in a negligent and careless manner and deviated from accepted standards of care.

NINTH:  That by reason of the foregoing, the plaintiff AUTUMN VALENTIN has and continues to suffer serious and debilitating injuries, was caused to and continues to experience pain and suffering, has experienced, and continues to experience, the loss of enjoyment of life, and has in other ways been economically,

-2-

physically and otherwise injured and damaged.

TENTH: That solely by reason of the foregoing, the plaintiff IRENE VALENTIN has and continues to suffer serious and debilitating injuries, was caused to and continues to experience pain and suffering, has experienced, and continues to experience, the loss of enjoyment of life, will be required to incur substantial medical, vocational, technical, nursing, hospital and other expenses for and on behalf of herself and the infant plaintiff Autumn Valentin, and has in other ways been injured and damaged.

ELEVENTH: That by reason of the foregoing, the infant plaintiff Autumn Valentin has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

TWELFTH: That by reason of the foregoing, the infant plaintiff IRENE VALENTIN has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction

THIRTEENTH: The within action falls within one or more of the exceptions under CPLR Section 1600.

WHEREFORE, Plaintiffs demand judgment against the defendants, for an amount in excess of the jurisdictional limits of all lower Courts, together with costs, interest and disbursements.

-3-

Dated: White Plains, New York
      October 5, 2007

WILLIAM P. WEININGER

Attorney for Plaintiffs
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
(914) 328-5900

-4-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------x    Index No.:

IRENE VALENTIN as Mother and
Natural Guardian of AUTUMN VALENTIN                                    Certificate of Merit
and IRENE VALENTIN, Individually,

                                   Plaintiff,

                          - against -

MORRIS HEIGHTS HEALTH CENTER and
BRONX LEBANON HOSPITAL CENTER,
                                   Defendants.
-----------------------------------------------------------x

        WILLIAM P. WEININGER, an attorney admitted to practice law before the

Courts of the State of New York, affirms the following to be true under penalties of

perjury:

        I am the attorney for the plaintiff. I have reviewed the facts and circumstances

surrounding the above action and am fully familiar with same.

        I have consulted with a physician who is licensed to practice medicine in the State

of New York, and whom I believe is knowledgeable as to the issues involved in this case.

        On the basis of such review and discussion, I have concluded that there is a

reasonable basis for the commencement of this action.

Dated: White Plains, New York
        October 9, 2007


                                                        WILLIAM P. WEININGER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------x          Index No.

IRENE VALENTIN as Mother and
Natural Guardian of AUTUMN VALENTIN
and IRENE VALENTIN, Individually,

                                       Plaintiff,                Attorney's
                                                        Verification

             - against -

MORRIS HEIGHTS HEALTH CENTER and
BRONX LEBANON HOSPITAL CENTER,
                              Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK        )
                             ) ss:
COUNTY OF WESTCHESTER  )

         WILLIAM P. WEININGER, an attorney duly licensed and admitted to

practice law in the courts of the State of New York, affirms the following:

         That I am the attorney for the plaintiff in the within action.

         I have read the foregoing VERIFIED COMPLAINT and know the

contents. The same is true to my own knowledge except as to the matters therein

stated to be alleged on information and belief. As to those matters I believe it to be

true.

         The reason this verification is made by me and not by plaintiff is that

your affirmant maintains his office in a county other than where plaintiff resides.

         I affirm that the foregoing statements are true under penalty of perjury.

10/25/2007    11:24                                                    NO.319    P11

Duly affirmed: White Plains, New York
October 9, 2007

_____
William P. Weininger

# EXHIBIT B

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MARA E. TRAGER (MT-4598)
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Tel. No.: (212) 637-2799
Fax No.: (212) 637-2702
mara.trager@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IRENE VALENTIN, as Mother and                          :
Natural Guardian of AUTUMN VALENTIN            :
and IRENE VALENTIN, Individually,                     :
                                                                            :
                                        Plaintiffs,          :          CERTIFICATION
            -against-                                                :          O8 Civ 02 484    C M
                                                                            :
MORRIS HEIGHTS HEALTH CENTER and,        :          Index No. 350541/07
BRONX LEBANON HOSPITAL CENTER,             :
                                                                            :
                                        Defendants.        :
                                                                            :
------------------------------------------------------------x

        I, MICHAEL J. GARCIA, the United States Attorney for the Southern District of

New York, pursuant to the provisions of 42 U.S.C. § 233 and 28 U.S.C. § 2679(d), and by virtue

of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify, on

the information now available, that defendant Morris Heights Health Center ("Morris Heights")

was acting within the scope of employment at the time it rendered medical care to plaintiff Irene

Valentin between July 24, 2006 and December 4, 2006, and that, pursuant to 42 U.S.C. § 233(g),

Morris Heights is deemed to be an employee of the United States under the Federal Tort Claims

Act.


Dated:          New York, New York
                February 2*1*, 2008

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York


2

## CERTIFICATE OF SERVICE

I, Mara E. Trager, an Assistant United States Attorney for the Southern District of New York, hereby certify that on March 11, 2008, I caused a copy of the foregoing Notice of Removal to be served upon the following by Express Mail, delivery charges pre-paid:

William P. Weininger
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601

Bronx Lebanon Hospital Center
1770 Grand Concourse
Bronx, New York 10457
Attn: Legal Department

Dated:          New York, New York
                March 11, 2008

                                        MARA E. TRAGER