UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRENE VALENTIN, as Mother and
Natural Guardian, of AUTUMN VALENTIN and
IRENE VALENTIN, Individually,

Docket # 08 CV 02484

Plaintiffs,

   -against-

MORRIS HEIGHTS HEALTH CENTER and
BRONX LEBANON HOSPITAL CENTER,

Defendants.

---

**Notice of Appearance**

---

   **PLEASE TAKE NOTICE** that Timothy S. Brennan, Esq. of Phelan, Phelan &

Danek, LLP, appears as co-counsel for the Defendant, Morris Heights Health Center, in

the above-entitled case, and pursuant to the Federal Rules of Civil Procedure, requests

that all notices given or required to be given in this case and all papers served or required

to be served in this case be given to and served upon Timothy S. Brennan, Esq., Phelan,

Phelan & Danek, LLP, 302 Washington Avenue Extension, Albany, New York 12203.


   **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not

only the notices and papers referred to in the Rules specified above, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading,

request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.


DATED:     Albany, New York
           March 17, 2008


                                    Respectfully submitted,

                                    PHELAN, PHELAN & DANEK, LLP


                             By:_____
                                    TIMOTHY S. BRENNAN, ESQ.
                                    Bar Roll No.: TB9890
                                    *Attorneys for Defendant,*
                                    *Morris Heights Health Center*
                                    302 Washington Avenue Extension
                                    Albany, New York 12203
                                    (518) 640-6900

{A0087074.1 }