UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE VALENTIN, as Mother and
Natural Guardian, of AUTUMN VALENTIN and
IRENE VALENTIN, Individually,   Docket # 08 CV 02484

                                  Plaintiffs,

    -against-

MORRIS HEIGHTS HEALTH CENTER and
BRONX LEBANON HOSPITAL CENTER

                                  Defendants.

## FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Morris Heights Health Center, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**None.**

{A0087076.1}

DATED:    Albany, New York
          March 17, 2008

                                            Respectfully submitted,

                                            PHELAN, PHELAN & DANEK, LLP

                                            By: _____
                                                 TIMOTHY S. BRENNAN, ESQ.
                                                 Bar Roll No.: TB9890
                                                 *Attorneys for Defendant*
                                                 *Morris Heights Health Center*
                                                 302 Washington Avenue Extension
                                                 Albany, New York  12203
                                                 (518) 640-6900

{A0087076.1}