MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MARA E. TRAGER (MT-4598)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. (212) 637-2799

```
------------------------------------------------------------X
IRENE VALENTIN, as Mother and                     :
Natural Guardian, of AUTUMN VALENTIN and          :
IRENE VALENTIN, Individually,                      :          NOTICE OF MOTION
                                                   :
                            Plaintiffs,            :          _____
        -against-                                  :          08 Civ. 2484 (CM)
                                                   :
MORRIS HEIGHTS HEALTH CENTER and                   :
BRONX LEBANON HOSPITAL CENTER,                     :
                                                   :
                            Defendants.            :
                                                   :
------------------------------------------------------------X
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Motion To Substitute the United States as Defendant and To Dismiss the Complaint

as Against the United States; the Declaration of Mara E. Trager dated March 18, 2008, and

accompanying exhibits; the Declaration of Deretia Hawkins dated January 24, 2008, and

accompanying exhibit; and the Certification of Michael J. Garcia, dated February 29, 2008,

defendant Morris Heights Health Center (the "federal defendant"), by its attorney, Michael J.

Garcia, United States Attorney for the Southern District of New York, will move this Court

before the Honorable Colleen McMahon, United States District Judge, at the United States

Courthouse, 500 Pearl Street, New York, New York 10007 for an order: (i) substituting the

United States as defendant with respect to plaintiffs' claims against the federal defendant and,

upon substitution, (ii) dismissing the complaint for lack of subject matter jurisdiction pursuant to

Rule 12(b)(1) of the Federal Rules of Civil Procedure.

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Practices of

the Honorable Colleen McMahon, answering papers or motions are to be served two (2) weeks

after service of the moving papers, and reply papers, if any, are to be served five business days

later.

Dated:  New York, New York
       March 18, 2008

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for the United States of America

By:            /s/
                         MARA E. TRAGER (MT-4598)
                         Assistant United States Attorney
                         86 Chambers Street
                         New York, New York 10007
                         Telephone:  (212) 637-2799
                         Facsimile:  (212) 637-2702
                         mara.trager@usdoj.gov

TO:     William P. Weininger
          445 Hamilton Avenue, Suite 1102
          White Plains, NY 10601
          Attorney for Plaintiffs

          Bronx Lebanon Hospital Center
          1770 Grand Concourse
          Bronx, New York 10457
          Attn: Legal Department

          Timothy S. Brennan
          Phelan, Phelan & Danek, LLP
          302 Washington Ave. Extension
          Albany, New York 12203