# SHAUB, AHMUTY, CITRIN & SPRATT, LLP

ATTORNEYS AT LAW
655 THIRD AVENUE
NEW YORK, NEW YORK 10017
(212) 599-8200
Facsimile: (212) 599-7765
info@sacslaw.com

1983 MARCUS AVENUE
LAKE SUCCESS, NEW YORK 11042-1056
(516) 488-3300
Facsimile: (516) 488-2324

Cheryl M. Wendt
cwendt@sacslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

RECEIVED
[APR] 2008
CHAMBERS OF
COLLEEN McMAHON

April 21, 2008

*Extension granted* /s/

**VIA FACSIMILE**
Honorable Colleen McMahon
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Valentin v. Bronx-Lebanon Hospital Center, et al.
Index No. 08-civ-2484 (CM)

Dear Judge McMahon:

We are the attorneys for Bronx Lebanon Hospital Center ("Bronx Lebanon") in the above referenced matter. I write to respectfully request that the Court extend until May 19, 2008, Bronx Lebanon's time oppose the United States' motion to dismiss this action with prejudice. The reason for this request is that rather than serving my office with the Notice of Motion and supporting documentation, the United States served my client directly. It was not until recently that my office actually received the motion papers.

I've discussed this request with the United States Attorney's office, but they would only consent to a two week extension. Due to the severity of the relief sought, however, the additional time will permit Bronx Lebanon to properly address and oppose the motion.

*telephone conference*

Accordingly, Bronx Lebanon respectfully requests that the Court extend until May 19, 2008, the time to oppose the United States' motion to dismiss.

Respectfully Submitted,

Cheryl M. Wendt

{00841179.DOC}
00841179.1

*The plaintiff has stipulated to dismissal without prejudice. I can see no basis for you to oppose.*

/s/ Colleen McM. 4/22/08

SHAUB, AHMUTY, CITRIN & SPRATT, LLP

Page 2

cc:    Mara E. Trager, Ass't United States Attorney
       William P. Weininger, Esq.
       Timothy S. Brennan, Esq.

00641179.1