UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

IRENE VALENTINE, as mother and
and natural guardian of Autumn Valentine, and
IRENE VALENTINE, individually,

        Plaintiff,                         08 Civ. 2484 (CM)

   -against-

THE UNITED STATES OF AMERICA and
BRONX-LEBANON HOSPITAL CENTER,

        Defendant.

----------------------------------------x

       ORDER PLACING MATTER ON SUSPENSE AS TO DEFENDANT
       BRONX-LEBANON HOSPITAL CENTER

McMahon, J.:

     The United States of America having substituted for the original defendant Morris Heights Health Center, and plaintiff having stipulated to the dismissal without prejudice of its claims against the United States pending the exhaustion of administrative remedies,

     IT IS HEREBY ORDERED that this matter be placed on the suspense calendar as against defendant Bronx-Lebanon Hospital Center. The matter shall be restored to the calendar when plaintiff has exhausted her administrative remedies against the United States.

Dated: June 9, 2008

                                                   _____
                                                          U.S.D.J.

BY ECF TO ALL PARTIES

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/10/08
```